UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DARRELL H. WILLIAMS,

    Petitioner,

v.       Case No. 5:10-cv-343-Oc-23GRJ

WARDEN, FCC COLEMAN-USP II,

    Respondent.
_____/

## ORDER DISMISSING PETITION

Williams petitions (Doc. 1) for the writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, Williams neither paid the required filing fee nor moved to proceed as a pauper within thirty (30) days of the commencement of the action. Accordingly, pursuant to Rule 1.03(e), Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**. See also 28 U.S.C. § 1914(a).

If Williams wishes to pursue a petition, within thirty days of the commencement of a new action he must pay the filing fee or move to proceed as a pauper. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motion, and close the file.

ORDERED in Tampa, Florida, on September 1, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE